UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 4, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE MENDOZA,

Defendant.

Case No. 2:26-cr-00045-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE MENDOZA, Case No. 2:26-cr-00045-TLN, Charge 21 U.S.C. § 846 from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

x Unsecured Appearance Bond $ 25,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Release delayed until 9/15/2026 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on September 4, 2026, at 3:10 PM

By: [signature]
Magistrate Judge Sean C. Riordan