HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MENDOZA, ET. AL.,<br>Defendant. | Case No. 2:26-CR-045-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: October 22, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by the United States and defense counsel for the three defendants in this case that the Status Conference set for October 22, 2026, be continued to **January 28, 2027, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On April 9, 2026, a grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses. Dkt. 25. All defendants have appeared before the Court for arraignment on the indictment.
2. The government has produced discovery, which includes over 18,000 pages of PDFs, hundreds of hours of video footage, and over 100 spreadsheets.
3. All defense counsel desire additional time to consult with their clients, review discovery, investigate, and otherwise prepare for trial.

4. Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2026 to January 28, 2027 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant Jose Mendoza

Date: October 15, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Charles Campbell</u>*
CHARLES CAMPBELL
Assistant United States Attorney
Attorneys for Plaintiff

Date: October 15, 2026

*<u>/s/ Neat Allen Sawyer</u>*
NEAT ALLEN SAWYER
Attorney for Defendant Jessy Johnson

Date: October 15, 2026

*<u>/s/ Clemente M. Jimenez</u>*
CLEMENTE M. JIMENEZ
Attorney for Defendant Alejandro Perez

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 16, 2026

Troy L. Nunley
Chief United States District Judge